AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Mashburn, Randal S. | Bankruptcy Court - Middle District - Tennessee | 10/07/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge (Full-Time) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

7. Chambers or Office Address

220 Customs House
701 Broadway
Nashville, TN 37203

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Shareholder/Attorney | Baker, Donelson, Bearman, Caldwell & Berkowitz (Employer/Law Firm prior to judicial appointment) |
| 2. | Trustee | Educational Trust ( ) |
| 3. | Director | Nashville Conflict Resolution Center (non-profit organization) |
| 4. | Director | Nashville Bar Association (non-profit organization) |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Mashburn, Randal S. | 10/07/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 2012 | Baker, Donelson, Bearman, Caldwell & Berkowitz (former employer/ lawfirm-earnings prior to judicial appointment) | $253,510.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Mashburn, Randal S. | 10/07/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mashburn, Randal S. | 10/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK ACCOUNTS (H) -- Lines 2- 11 | | | | | | | | | |
| 2. Bank of America (Accounts/CDs) | A | Interest | M | T | | | | | |
| 3. Capstar Bank (Accounts/CDs) | D | Interest | N | T | | | | | |
| 4. Civic Bank & Trust (Accounts/CDs) | D | Interest | M | T | | | | | |
| 5. Community First Bank & Trust (Accounts/ CDs) | D | Interest | | | Closed | 12/10/12 | N | | |
| 6. Cornerstone Financial (Accounts/CDs) | A | Interest | J | T | | | | | |
| 7. Pinnacle National Bank (Accounts/CDs) | B | Interest | N | T | | | | | |
| 8. Regions Bank (Accounts/CDs) | A | Interest | | | Closed | 07/17/12 | M | | |
| 9. SunTrust Bank (Accounts/CDs) | A | Interest | | | Closed | 08/21/12 | M | | |
| 10. First Citizens National Bank (Accounts/ CDs) | A | Interest | N | T | Open | 12/10/12 | N | | |
| 11. Insbank (Accounts/CDs) | A | Interest | N | T | Open | 08/21/12 | M | | |
| 12. UBS BROKERAGE ACCT (H) -- Items 13 to 50 below | | | | | | | | | |
| 13. America Movil S.A.B. De C.V. (Common Stock) | A | Dividend | J | T | | | | | |
| 14. BHP Billiton Ltd. (Common Stock) | A | Dividend | K | T | | | | | |
| 15. BP PLC (Common Stock) | A | Dividend | J | T | | | | | |
| 16. EQT Corp (Common Stock) | A | Dividend | J | T | | | | | |
| 17. Express Scripts Holding Co. (formerly Medco) (Common Stock) | | None | J | T | Sold (part) | 04/03/12 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Exxon Mobil Corp. (Common Stock) | A | Dividend | K | T | | | | | |
| 19. Frontier Communications Corp. (Common Stock) | A | Dividend | | | Sold | 12/07/12 | J | A | |
| 20. Genuine Parts Co. (Common Stock) | A | Dividend | J | T | | | | | |
| 21. Microsoft Corp. (Common Stock) | A | Dividend | J | T | | | | | |
| 22. Pepsico Inc. (Common Stock) | A | Dividend | K | T | | | | | |
| 23. Pfizer Inc. (Common Stock) | A | Dividend | J | T | | | | | |
| 24. QEP RES Inc. (Common Stock) | A | Dividend | J | T | | | | | |
| 25. Questar Corp. (Common Stock) | A | Dividend | | | Sold | 08/24/12 | J | A | |
| 26. Rackspace Hosting Inc. (Common Stock) | | None | J | T | | | | | |
| 27. Verizon Communications Inc. (Common Stock) | A | Dividend | J | T | | | | | |
| 28. Walmart de Mexico S.A.B. de CV (Common Stock) | A | Dividend | J | T | | | | | |
| 29. Walmart Stores Inc. (Common Stock) | A | Dividend | J | T | | | | | |
| 30. Walgreen Co. (Common Stock) | A | Dividend | J | T | | | | | |
| 31. Alger Spectra Fund Class C (Mutual Fund) | A | Dividend | K | T | | | | | |
| 32. American Funds Euro Pacific Growth Fun (Mutual Fund) | A | Dividend | K | T | | | | | |
| 33. Templeton Global Income Fund (Mutual Fund) | B | Dividend | K | T | | | | | |
| 34. FT-Franklin Federal Fund (Mutual Fund) | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mashburn, Randal S. | 10/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Metro Govt. Nashville/Davidson ▇ (Govt. Bonds) | B | Interest | K | T | | | | | |
| 36. Metro Govt. Revenue Bonds ▇ (Govt. Bonds) | B | Interest | K | T | | | | | |
| 37. Metro Govt. Nashville/Davidson ▇ (Govt. Bonds) | A | Interest | J | T | | | | | |
| 38. Blount County Tenn. Public Bonds (Govt. Bonds) | C | Interest | L | T | | | | | |
| 39. State of Texas Bonds #1 (Govt. Bonds) | B | Interest | L | T | | | | | |
| 40. Hamilton County Tenn. Bonds (Govt. Bonds) | A | Interest | K | T | | | | | |
| 41. Texas State Trans/Comm Bonds (Govt. Bonds) | B | Interest | K | T | | | | | |
| 42. State of Texas Bonds #2 (Govt. Bonds) | A | Interest | K | T | | | | | |
| 43. Metro Govt. Nashville Sinking Fund ▇ (Govt. Bonds) | B | Interest | L | T | | | | | |
| 44. Knoxville Tenn. Waste Water Bonds (Govt. Bonds) | A | Interest | J | T | | | | | |
| 45. New York Municipal Water Fin. Auth. (Govt. Bonds) | B | Interest | K | T | | | | | |
| 46. Tennessee State Bonds SR (Govt. Bonds) | B | Interest | K | T | | | | | |
| 47. Tennessee State School Bonds (Govt. Bonds) | B | Interest | L | T | | | | | |
| 48. Texas A&M Univ. (Govt. Bonds) | B | Interest | K | T | | | | | |
| 49. Williamson County TN Bonds (Govt. Bonds) | A | Interest | | | Redeemed | 04/01/12 | K | A | |
| 50. UBS Money Market Account | A | Interest | J | T | | | | | |
| 51. ROTH IRA -- Lines 52-55 | A | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mashburn, Randal S. | 10/07/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- Lincoln Life Annuity | | | | | | | | | |
| 53. -- Nationwide Annuity | | | | | | | | | |
| 54. -- Ohio National Annuity | | | | | | | | | |
| 55. -- First Eagle Global Fund (Mutual Fund) | | | | | Buy (add'l) | 08/31/12 | J | | |
| 56. ROTH IRA [ ] -- Lines 57-61 | A | Int./Div. | N | T | | | | | |
| 57. -- Genworth Life Annuity | | | | | | | | | |
| 58. -- Lincoln Life Annuity | | | | | | | | | |
| 59. -- Nationwide Annuity | | | | | | | | | |
| 60. -- Ohio National Annuity | | | | | | | | | |
| 61. -- First Eagle Global Fund (Mutual Fund) | | | | | Buy (add'l) | 08/31/12 | J | | |
| 62. EDUCATIONAL TRUST -- Lines 63-72 | C | Int./Div. | L | T | | | | | |
| 63. -- Alger Spectra Fund | | | | | | | | | |
| 64. -- American Funds Euro Pacific Growth Fund | | | | | | | | | |
| 65. -- Franklin Utilities Fund | | | | | Sold | 08/24/12 | J | A | |
| 66. -- MFS Utilities Fund | | | | | Sold | 08/24/12 | J | A | |
| 67. -- Royce Special Equity Fund | | | | | | | | | |
| 68. -- Delaware Diversitfied Income Fund | | | | | Sold (part) | 10/24/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mashburn, Randal S. | 10/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- FT Templeton Global Bond Fund | | | | | | | | | |
| 70. --American Funds Income Fund of America | | | | | | | | | |
| 71. -- Blackrock Health Science Opportunities Fund | | | | | Buy | 08/27/12 | J | | |
| 72. -- Columbia Seligman Communications & Info Fund A | | | | | Buy | 08/27/12 | J | | |
| 73. 529 COLLEGE FUND #1 -- Lines 74-77 | C | Int./Div. | K | T | | | | | |
| 74. -- Growth Fund of America | | | | | | | | | |
| 75. -- Bond Fund of America | | | | | | | | | |
| 76. -- American Balanced Fund | | | | | | | | | |
| 77. -- Capital Income Builder Fund | | | | | | | | | |
| 78. 529 COLLEGE FUND #2 -- Lines 79-82 | C | Int./Div. | K | T | | | | | |
| 79. -- Growth Fund of America | | | | | | | | | |
| 80. -- Bond Fund of America | | | | | | | | | |
| 81. -- American Balanced Fund | | | | | | | | | |
| 82. -- Capital Income Builder Fund | | | | | | | | | |
| 83. NORTHWESTERN BROKERAGE ACCT (H) Lines 84-86 | | | | | | | | | |
| 84. Northwestern Mutual Single Premium Insurance/Annuity | A | Dividend | L | T | | | | | |
| 85. Broward County FL Schoool Bonds (Govt. Bonds)(Northwestern) | A | Interest | | | Sold | 07/01/12 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mashburn, Randal S. | 10/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Northwestern Mutual General Money Market Fund Cl B | A | Int./Div. | K | T | Open | 07/03/12 | K | | |
| 87. HARTFORD 401K PlAN Converted to IRA in 2012 Lines 88-91 | D | Dividend | | | | | | | |
| 88. -- MFS Limited Maturity Fund | | | | | Sold | 08/17/12 | L | | |
| 89. -- MFS Conservative Allocation Fund | | | | | Sold | 08/17/12 | L | | |
| 90. -- MFS Moderate Allocation Fund | | | | | Sold | 08/17/12 | L | | |
| 91. -- American Century Money Market Account | | | | | Sold | 08/17/12 | O | | |
| 92. IRA #1 -- UBS -- CONVERTED 401k -- Lines 93-113 | D | Int./Div. | N | T | | | | | |
| 93. -- Pace Money Market Investment Fund | | | | | Open | 09/04/12 | J | | |
| 94. -- Alger Spectra Fund Class A | | | | | Buy | 09/04/12 | K | | |
| 95. -- Columbia Acorn Fund | | | | | Buy | 09/04/12 | J | | |
| 96. -- First Eagle Overseas Fund Class A | | | | | Buy | 09/04/12 | L | | |
| 97. -- ING Global Real Estate Fund Class A | | | | | Buy | 09/04/12 | J | | |
| 98. -- Vertus Premium Alpha Sector Fund A | | | | | Buy | 09/04/12 | K | | |
| 99. -- Delaware Diversified Income Fund Class A | | | | | Buy | 09/04/12 | K | | |
| 100. -- Loomis Sayles Bond Fund Class Retail | | | | | Buy | 09/04/12 | L | | |
| 101. -- Lord Abbett Short Duration Income Fund Class A | | | | | Buy | 09/04/12 | K | | |
| 102. -- Oppenheimer Intl Bond Fund Class A | | | | | Buy | 09/04/12 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mashburn, Randal S. | 10/07/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -- TCW Emerging Markets Income Fund Class N | | | | | Buy | 09/04/12 | J | | |
| 104. -- Blackrock Global Allocation Fund Inc A | | | | | Buy | 09/04/12 | L | | |
| 105. IRA #2 -- UBS -- CONVERTED 401k -- Lines 108-116 | B | Int./Div. | N | T | | | | | |
| 106. -- UBS Bank USA Deposit Account | | | | | Open | 08/28/12 | J | | |
| 107. -- Berkshire Hathaway Inc New CL B | | | | | Buy | 08/28/12 | L | | |
| 108. -- ConocoPhillips B/E Bonds | | | | | Buy | 08/29/12 | K | | |
| 109. -- United Parcel Service DPB Inc B/E Bonds | | | | | Buy | 08/29/12 | K | | |
| 110. -- Duke Energy Carolina Bonds | | | | | Buy | 08/29/12 | K | | |
| 111. -- Coca Cola Co. Com NTS B/E Bonds | | | | | Buy | 08/29/12 | K | | |
| 112. -- Anheuser-Busch Invev WDR Bonds | | | | | Buy | 08/29/12 | K | | |
| 113. -- Federated Short-Term Income Fund Class A | | | | | Buy | 08/31/12 | M | | |
| 114. -- Virtus Multi-Sector Short Term Bond Fund - Class C | | | | | Buy | 09/13/12 | M | | |
| 115. OTHER MISC. INVESTMENTS (H) Lines 116-117 | | | | | | | | | |
| 116. Maury County TN Farm _____ ) | C | Rent | O | W | | | | | |
| 117. Center Hill Lake TN Undeveloped Real Estate | | None | M | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mashburn, Randal S. | 10/07/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Lines 87-91 reflect a 401k account that was rolled over into an IRA in 2012. Since it is non-taxable, the information available from brokerage account statements does not reflect any specific amount of capital gain. The 401k account was made up of numerous employee contributions, employer contributions and employer matching funds over a period of multiple years on a tax-deferred basis, and therefore it would be virtually impossible to determine a basis figure for purposes of allocating gain. Accordingly, while all sales transactions involved in liquidating these funds for the rollover have been reported in columns D(1),(2) & (3), column D(4) was left blank in the absence of any accurate available information that would show actual gains as opposed to contributions.

2. In the initial disclosure filed last year and dated as of 07/31/12, there was an item listed at line #71 reflecting a UBS Money Market Account in the UBS Brokerage Account for the educational trust. That was incorrect, so there is no corresponding item listed on this year's report in that group of accounts.

| Name of Person Reporting | Date of Report |
|---|---|
| Mashburn, Randal S. | 10/07/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Randal S. Mashburn**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544